UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

BRETT ALAN SHEARD, :
:
         Petitioner :
    vs. : CIVIL NO. 1:CV-15-1222
:
SUPT. TAMMY FERGUSON, *et al.*, : (Judge Caldwell)
:
        Respondents :

*O R D E R*

AND NOW, this 8th day of January, 2016, upon consideration of Petitioner's Motion to Stay (Doc. 14) the pending habeas petition, it is ordered that:

    1.  The motion is GRANTED.

    2.  Sheard's timely habeas petition filed pursuant to 28 U.S.C. § 2254 is STAYED pending further order of the court.

    3.  Sheard shall FILE a written status report at thirty (30) day intervals until the conclusion of his state court remedies.

    4.  The Clerk of Court is directed to ADMINISTRATIVELY CLOSE this case.

                                            /s/ William W. Caldwell
                                            William W. Caldwell
                                            United States District Judge